321-15
322-15
323-15
324-15

# ELECTRONIC RECORD

COA # 04-14-00004-CR     OFFENSE: POSS CHILD PORNOGRAPHY

STYLE: DEVIN ALEXANDER KANE V. THE STATE OF TEXAS     COUNTY: KERR

COA DISPOSITION: AFFIRMED     TRIAL COURT: 216TH DISTRICT COURT

DATE: 02/11/15     Publish: YES  TC CASE #: A1319

# IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD

STYLE: DEVIN ALEXANDER KANE V. THE STATE OF TEXAS     CCA #: 321-15  323-15  322-15  324-15

_APPELLANT'S_ Petition     CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____
_Refused_     JUDGE: _____
DATE: _May 20, 2015_     SIGNED: _____  PC: _____
JUDGE: _PC_     PUBLISH: _____  DNP: _____

------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____